IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED U.S. DISTRICT COURT AUGUSTA DIV. 2016 DEC -5 PM 2:05 CLERK SO. DIST. OF GA.

| | |
|---|---|
| TREVIO HEAD, </br></br> Plaintiff, </br></br> v. </br></br> FRED GAMMAGE, Deputy Warden of Security, Telfair State Prison; WILLIAM DANFORTH, Warden, Telfair State Prison; ROBERT TOOLE, Field Opporations Officer; STEVE UPTON, Classification; TERENCE KILPATRICK; SGT. MIXON; RODNEY MCCLOUD, Prison Official; PHILLIP HALL; and TELFAIR COUNTY, </br></br> Defendants. | CV 316-039 |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed, despite the Court granting an extension of time to file objections (doc. nos. 24, 25). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's claims against Telfair County, and **DENIES** Plaintiff's motion for a

preliminary injunction (doc. no. 14).

SO ORDERED this 5th day of December, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE