IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TREVIO HEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-039 |
| | ) | |
| FRED GAMMAGE, Deputy Warden of Security, Telfair State Prison; WILLIAM DANFORTH, Warden, Telfair State Prison; ROBERT TOOLE, Field Operations Officer; STEVE UPTON, Classification; TERENCE KILPATRICK; SGT. MIXON; RODNEY MCCLOUD, Prison Official; and PHILLIP HALL, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Plaintiff, an inmate at Telfair State Prison in Helena, Georgia, commenced the above-captioned case pursuant to 42 U.S.C. § 1983. Before the Court is Defendants' motion for permission to file a brief in support of their motion for summary judgment that exceeds the 25-page limit imposed by Loc. R. 7.1(a). (Doc. no. 77.) Upon consideration, the Court **GRANTS** the motion. Defendants may submit a brief no longer than thirty-five pages in

support of their motion for summary judgment.

SO ORDERED this 7th day of May, 2018, at Augusta, Georgia.

*(signature)*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA