IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 MAR -5 PM 2:28
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| TREVIO HEAD, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 316-039 |
| FRED GAMMAGE, Deputy Warden of Security, Telfair State Prison; WILLIAM DANFORTH, Warden, Telfair State Prison; ROBERT TOOLE, Field Operations Officer; STEVE UPTON, Classification; TERENCE KILPATRICK; SGT. MIXON; RODNEY MCCLOUD, Prison Official; and PHILLIP HALL, | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's motion for leave to amend and add his supplemental complaint, (doc. no. 93), **GRANTS** Defendants' motion for summary judgment (doc. no. 81), **DIRECTS** the Clerk to **ENTER** final judgment in favor of Defendants, and **CLOSES** this civil action.

SO ORDERED this _5th_ day of March, 2019, at Augusta, Georgia.

_[signature]_
UNITED STATES DISTRICT JUDGE