# United States District Court
## Southern District of Georgia

TREVIO HEAD,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 316-039

FRED GAMMAGE, Deputy Warden of Security, Telfair State Prison, et. al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated March 5, 2019 adopting the Report and Recommendation as the Court's opinion, Plaintiff's motion to amend and supplement his complaint is denied. Defendants' motion for summary judgment is granted and judgment is hereby entered in favor of Defendants. This civil action stands closed.

03/05/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*